Argued and submitted February 19, 1982, former decision (56 Or App 396, 643 P2d 424 (1982)) withdrawn, reversed and remanded for new trial January 26, reconsidertion denied March 4, petition for review allowed April 26, 1983 (294 Or 792) See 295 Or 567, 669 P2d 320 (1983)

## STATE OF OREGON,
*Respondent,*

*v.*

## RANDY RAY WOLFE,
*Appellant.*

(No. C81-02-31261, CA A22389)

657 P2d 230

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

On March 8, 1982, we affirmed without opinion defendant's convictions in Multnomah County, for robbery in the second degree, ORS 164.405, and kidnapping in the second degree, ORS 163.225. 56 Or App 396, 643 P2d 424 (1982). Thereafter, we held in *State v. Wolfe,* 61 Or App 409, 657 P2d 227 (1983), that the search and seizure involved in that case and in this case was unlawful and reversed defendant's convictions for first degree rape and second degree kidnapping. We then recalled the decision in this case to enable us to review the record. On reviewing the record and on reconsideration, we withdraw our former decision and hold that the search and seizure in the present case was unlawful for the reasons stated in *State v. Wolfe, supra.*

Former decision withdrawn. Reversed and remanded for a new trial.